# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 10, 2008

Charles R. Fulbruge III
Clerk

No. 07-30408

_____

JESSE RONALD JORDAN,
Individually and as Personal Representative of the Estate of David Jordan,

Plaintiff-Appellant,

v.

CONSOLIDATED GRAIN & BARGE, INC.,

Defendant-Appellee.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
No. 2:05-CV-4027

_____

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

A relative of David Jordan, a worker killed when he fell off a barge and drowned, sued the owner of the facility, Consolidated Grain & Barge, Inc.  The

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court granted summary judgment for the defendant.

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel.  We agree with the conclusion that the defendant owed no duty to Jordan under the circumstances. The summary judgment is AFFIRMED, essentially for the reasons given by the district court.